# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ALAN SCHOLEFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  No.   1:17-cv-230-GZS |
| | ) |
| PENOBSCOT COUNTY JAIL, et al., | ) |
| | ) |
| Defendants | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 52) filed July 30, 2018, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 48) is **GRANTED**, and Plaintiff's Complaint (ECF No. 1) and Amended Complaint (ECF No. 19) are **DISMISSED** without prejudice.

                                                                                                          /s/ George Z. Singal
                                                                                                          United States District Judge

Dated this 4th day of September, 2018.